UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TORRES, an individual, and IRAIS URDIANO, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:25-cv-09031-MWC-SK<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT (DKTS. 11, 12)**<br><br>**JS-6** |

Having considered the Parties' stipulation to remand the case to State Court (Dkt. # 12) and finding good cause therefor, the Court **REMANDS** the case to the Superior Court of the State of California for the County of Los Angeles. Accordingly, Plaintiffs' Motion to Remand (Dkt. # 15) is denied as **MOOT**. This Order closes the case. [JS-6]

**IT IS SO ORDERED.**

Dated: November 7, 2025

_____
Hon. Michelle Williams Court
United States District Court Judge